

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00031-CR

---

REGINALD REECE, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 20F0292-005

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant, Reginald Reece, perfected this appeal from a judgment of conviction entered by the Fifth Judicial District Court of Bowie County, Texas, in trial court cause number 20F0292-005. We affirmed the conviction and modified the judgment. *See Reece v. State*, No. 06-24-00031, 2026 WL 407304 (Tex. App.—Texarkana Feb. 13, 2026, no pet.) (mem. op., not designated for publication), *pet. dism'd*, Nos. PD-0432-26, PD-0433-26 & PD-0434-26, 2026 WL 1831278 (Tex. Crim. App. June 25, 2026) (per curiam) (order). On June 1, 2026, the State filed a petition for discretionary review with the Texas Court of Criminal Appeals. *Reece*, 2026 WL 1831278, *1. However, Appellant died on May 16, 2026, whereupon counsel for Appellant filed a motion to permanently abate the appeal. *Id.*

At the direction of the Court of Criminal Appeals and in accordance with Rule 7.1(a)(2) of the Texas Rules of Appellate Procedure, we hereby withdraw our February 13, 2026, opinion, including the opinion on rehearing issued May 14, 2026, and order this appeal permanently abated. *See* TEX. R. APP. P. 7.1(a)(2); *Reece*, 2026 WL 1831278, *1.

Charles van Cleef
Justice

Date Submitted:     June 25, 2026
Date Decided:      July 2, 2026

Do Not Publish

2